UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> 1665 EL CAMINO REAL, LLC, a California Limited Liability Company; VEER HANUMAN CORPORATION, a California Corporation; and Does 1-10, <br><br> Defendants. | Case No.: 5:19-CV-00033-EJD <br><br> **ORDER** |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

```
The Court sets an Order to Show Cause Re Settlement hearing for
June 6, 2019 at 10:00 AM. Response to OSC or Dismissal is due
                        May 28, 2019.
```

**IT IS SO ORDERED.**

Dated: 3/21/2019  _____

HONORABLE EDWARD J. DAVILA
United States District Judge